Stanton Phillip Beck, *pro hac vice pending*
Brewster H. Jamieson, ABA No. 8411122
LANE POWELL LLC
1600 A Street, Suite 304
Anchorage, Alaska 99501
Telephone: 206-223-7000
           907-264-3303
Facsimile: 907-276-2631
Email:     becks@lanepowell.com
           jamiesonb@lanepowell.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA AEROSPACE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BRPH ARCHITECTS-ENGINEERS, INC.,<br><br>Defendant and<br>Third-Party Plaintiff,<br><br>v.<br><br>HILMAN INC.,<br><br>Third-Party Defendant. | Case No. 3:19-cv-00206-JWS<br><br>**FIRST AMENDED ANSWER<br>AND THIRD-PARTY COMPLAINT** |

Defendant BRPH Architects-Engineers, Inc., through counsel, Lane Powell LLC, answer to Plaintiff's complaint, states and alleges as follows:

**PARTIES**

1. Answering the allegations contained in paragraph 1, BRPH is without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore denies the same.

2. Answering the allegations contained in paragraph 2, BRPH admits the same.

## JURISDICTION AND VENUE

3. Answering the allegations contained in paragraph 3, BRPH admits that this court has diversity jurisdiction.

4. Answering the allegations contained in paragraph 4, BRPH admits that venue is proper in this court.

5. Answering the allegations contained in paragraph 5, BRPH admits the same.

## STATEMENT OF FACTS

6. Answering the allegations contained in paragraph 6 of the Complaint, BRPH admits AAC operates a space port located on Kodiak Island, Alaska, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and therefore denies the same.

7. Answering the allegations contained in paragraph 7 of the Complaint, BRPH admits the existence of the SCAT and its transportation purpose, but objects to the remaining allegations as phrased and therefore denies the same.

8. Answering the allegations contained in paragraph 8 of the Complaint, BRPH admits the same.

9. Answering the allegations contained in paragraph 9 of the Complaint, BRPH admits the same.

10. Answering the allegations contained in paragraph 10 of the Complaint, BRPH admits the same.

11. Answering the allegations contained in paragraph 11 of the Complaint, BRPH admits that BRPH services included design work associated with reconstruction of the SCAT. Answering the remaining allegations contained in paragraph 11, BRPH either objects to the allegations as phrased and therefore denies the same, or the same appear to make legal arguments or state legal conclusions and as such do not require a response.

First Amended Answer and Third-Party Complaint
*Alaska Aerospace Corp. v. BRPH Architects-Engineers, Inc.* (Case No. 3:19-cv-00206-JWS)  Page 2 of 7

Case 3:19-cv-00206-JWS   Document 19   Filed 10/29/19   Page 2 of 7

12. Answering the allegations contained in paragraph 12 of the Complaint, BRPH admits that it was responsible for design aspects but otherwise objects to the remaining allegations as phrased and therefore denies the same.

13. Answering the allegations contained in paragraph 13 of the Complaint, BRPH admits the same.

14. Answering the allegations contained in paragraph 14 of the Complaint, BRPH admits the same.

15. Answering the allegations contained in paragraph 15 of the Complaint, BRPH admits the same.

16. Answering the allegations contained in paragraph 16 of the Complaint, BRPH admits the same.

17. Answering the allegations contained in paragraph 17 of the Complaint, BRPH admits that it received materials associated with the Rollers. Answering the remaining allegations contained in paragraph 17, BRPH denies the approval relates to the matters now in issue in the instant litigation or otherwise objects to the allegations as phrased as a statement of a legal conclusion and therefore denies the same.

18. Answering the allegations contained in paragraph 18 of the Complaint, BRPH admits AAC purchased the Rollers directly from Hilman but denies the remaining allegations contained therein. BRPH's review was for Roller capacity. BRPH did not select or design the Rollers or their interface associated with the Railings.

19. Answering the allegations contained in paragraph 19 of the Complaint, BRPH admits the Rail evidenced deformation at some point in time but is without knowledge or information sufficient to form a belief as to the truth of the allegations associated with the April 2018 date and therefore denies the same.

20. Answering the allegations contained in paragraph 20 of the Complaint, BRPH admits a ridge was created as the SCAT moved which corresponds to the Index. The Index width and location was not designed by BRPH but was determined by the

First Amended Answer and Third-Party Complaint
*Alaska Aerospace Corp. v. BRPH Architects-Engineers, Inc.* (Case No. 3:19-cv-00206-JWS)     Page 3 of 7

Case 3:19-cv-00206-JWS   Document 19   Filed 10/29/19   Page 3 of 7

supplier of the Rollers. BRPH objects to the remaining allegations as phrased and therefore denies the same.

21. Answering the allegations contained in paragraph 21 of the Complaint, BRPH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and therefore denies the same.

22. Answering the allegations contained in paragraph 22 of the Complaint, BRPH admits that AAC informed it of the deformation and of the quoted language. As to the remaining allegations, BRPH either denies the same or objects to the allegations as phrased and therefore denies the same.

23. Answering the allegations contained in paragraph 23 of the Complaint, BRPH denies the same.

## FIRST CLAIM FOR RELIEF
[Breach of Contract]

24. Answering the allegations contained in paragraph 24 of the Complaint, BRPH realleges and incorporates by reference its responses to paragraphs 1-23 above.

25. Answering the allegations contained in paragraph 25 of the Complaint, BRPH admits that it provided professional and competent design work for the project. Answering the remaining allegations contained therein, BRPH either denies the same or objects to the allegations as phrased and therefore denies the same.

26. Answering the allegations contained in paragraph 26 of the Complaint, BRPH denies the same.

27. Answering the allegations contained in paragraph 27 of the Complaint, BRPH denies the same.

28. Answering the allegations contained in paragraph 28 of the Complaint, BRPH denies the same.

## SECOND CLAIM FOR RELIEF
[Breach of the Implied Covenant of Good Faith and Fair Dealings]

29. Answering the allegations contained in paragraph 29 of the Complaint, BRPH realleges and incorporates by reference its responses to paragraphs 1-28 above.

First Amended Answer and Third-Party Complaint
*Alaska Aerospace Corp. v. BRPH Architects-Engineers, Inc.* (Case No. 3:19-cv-00206-JWS)   Page 4 of 7

Case 3:19-cv-00206-JWS   Document 19   Filed 10/29/19   Page 4 of 7

30. Answering the allegations contained in paragraph 30 of the Complaint, BRPH admits the same.

31. Answering the allegations contained in paragraph 31 of the Complaint, BRPH denies the same.

32. Answering the allegations contained in paragraph 32 of the Complaint, BRPH denies the same.

33. Answering the allegations contained in paragraph 33 of the Complaint, BRPH denies the same.

### THIRD CLAIM FOR RELIEF
[Professional Negligence]

34. Answering the allegations contained in paragraph 34 of the Complaint, BRPH realleges and incorporates by reference its responses to paragraphs 1-33 above.

35. Answering the allegations contained in paragraph 35 of the Complaint, BRPH admits that it had a duty to perform its responsibilities and obligations with the degree of care that a reasonably prudent, skilled, diligent and qualified professional would exercise under similar circumstances. Answering the remaining allegations contained in paragraph 35, BRPH objects to the allegations as phrased and therefore denies the same.

36. Answering the allegations contained in paragraph 36 of the Complaint, BRPH denies the same.

37. Answering the allegations contained in paragraph 37 of the Complaint, BRPH denies the same.

38. Answering the allegations contained in paragraph 38 of the Complaint, BRPH denies the same.

DEFENDANT BRPH DENIES EACH AND EVERY ALLEGATION NOT SPECIFICALLY AND EXPRESSLY ADMITTED ABOVE IN THE FOREGOING ANSWERS AND DENIES THAT PLAINTIFF IS ENTITLED TO THE RELIEF REQUESTED IN ITS PRAYER.

First Amended Answer and Third-Party Complaint
*Alaska Aerospace Corp. v. BRPH Architects-Engineers, Inc.* (Case No. 3:19-cv-00206-JWS) Page 5 of 7

Case 3:19-cv-00206-JWS   Document 19   Filed 10/29/19   Page 5 of 7

## AFFIRMATIVE DEFENSES

By way of further answer and affirmative defenses, Defendant states as follows:

1. Plaintiff's complaint fails to state a cause of action upon which relief can be granted.

2. Plaintiff's damages, if any, were caused, in whole or in part, by Plaintiff's own negligence.

3. Plaintiff's damages, if any, were caused, in whole or in part, by third parties over whom Defendant had no control, and to whom fault must be allocated pursuant to AS 09.17.080.

4. Plaintiff has failed to add one or more indispensable parties required for complete adjudication of the claims made herein.

5. Plaintiff has failed to join one or more parties, *e.g.* Hilman, Inc., to whom fault must be allocated pursuant to AS 09.17.080.

6. Plaintiff failed to mitigate damages.

7. Defendant reserves the right to add additional affirmative defenses as may be discovered through future discovery.

## THIRD-PARTY COMPLAINT

For its Third-Party Complaint, Defendant/Third-Party Plaintiff BRPH hereby alleges as follows:

1. Third-Party Defendant Hilman Inc. ("Hilman") is upon information and belief a corporation organized and existing under the laws of the State of New Jersey, with its principal place of business in the State of New Jersey.

2. As alleged by Plaintiff in Paragraph 15 of its Complaint, in late 2014, representatives of Hilman inspected the original rollers installed under the SCAT and recommended their replacement.

3. Upon information and belief, AAC contacted Hilman to provide a quote for four new SCAT rollers because Hilman had firsthand knowledge of the SCAT and its operation given their long history with the structure.

First Amended Answer and Third-Party Complaint
*Alaska Aerospace Corp. v. BRPH Architects-Engineers, Inc.* (Case No. 3:19-cv-00206-JWS) Page 6 of 7

Case 3:19-cv-00206-JWS   Document 19   Filed 10/29/19   Page 6 of 7

4. Hilman created roller shop drawings to be included as part of BRPH's plans prepared for AAC, and BRPH relied upon those shop drawings, and did include them in its plans.

5. At all material times, Hilman knew and understood the specific application for which its rollers would be used, and represented to AAC and BRPH that the rollers were suitable for the Project in all respects.

6. In the Third Claim for Relief in its Complaint, AAC alleges that BRPH's professional negligence caused significant damages to AAC, which BRPH denies in all respects. If fault is to be assessed against BRPH in this matter, it is due solely to the negligence and/or negligent misrepresentations of Hilman.

7. Hilman is a "person responsible for the damages claimed" by AAC, and to whom fault must be allocated pursuant to AS 09.17.080(a)(2).

## PRAYER FOR RELIEF

WHEREFORE, having answered Plaintiff's complaint, and having set forth its affirmative defenses, Defendant and Third-Party Plaintiff prays for relief as follows:

a. That Plaintiff's complaint be dismissed, with prejudice;

b. For allocation of fault to Hilman pursuant to AS 09.17.080;

c. That Defendant be awarded its costs, including reasonable attorneys' fees, incurred in the defense of this action; and

d. For such further relief as this court deems equitable and just.

DATED this 29th day of October, 2019.

        LANE POWELL LLC
        Attorneys for Defendant

        By   s/Brewster H. Jamieson
          Stanton Phillip Beck, *pro hac vice pending*
          Brewster H. Jamieson, ABA No. 8411122

I certify that on October 29, 2019, a copy of the foregoing was served electronically on:
Adam W. Cook, acook@bhb.com
Shane C. Coffey, scoffey@bhb.com

s/Brewster H. Jamieson

First Amended Answer and Third-Party Complaint
*Alaska Aerospace Corp. v. BRPH Architects-Engineers, Inc.* (Case No. 3:19-cv-00206-JWS)   Page 7 of 7

Case 3:19-cv-00206-JWS   Document 19   Filed 10/29/19   Page 7 of 7