A. Michael Zahare
Clayton & Diemer, LLC
500 L Street #300
Anchorage, AK 99501
Alaska Bar No. 8310146
Phone: (907) 276-2999
Fax: (907) 276-2956
Mike.Zahare@cdlaw.pro

Counsel for Third Party Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| ALASKA AEROSPACE CORPORATION, )<br>)<br>       Plaintiff, )<br> vs. )<br>)<br>BRPH ARCHITECTS-ENGINEERS, INC., )<br>)<br>       Defendant and )<br>       Third-Party Plaintiff, )<br>)<br> vs. )<br>)<br>HILMAN INC., )<br>)<br>       Third-Party Defendant. )<br>_____ ) | Case No.: 3:19-cv-00206 JWS<br><br>HILMAN, INC.'S ANSWER TO THIRD-PARTY COMPLAINT |

Third-Party Defendant Hilman Inc., ("Hilman") through counsel, Clayton & Diemer, LLC, answers BRPH Architects-Engineers, Inc.'s Third-Party Complaint as follows:

    1.     Hilman admits the allegations set out in Paragraph 1.

    2.     Hilman admits the allegations set out in Paragraph 2.

    3.     Hilman admits that it provided a quote for four new SCAT rollers.  Hilman is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set out in paragraph 3 and therefore they are denied.

4. Hilman admits that it created roller drawings. Hilman is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set out in paragraph 4 and therefore they are denied.

5. Hilman denies the allegations set out in Paragraph 5.

6. To the extent that allegations of Paragraph 6 allege "negligence and/or negligent misrepresentations" against Hilman, they are denied. Hilman is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations set out in paragraph 6 and therefore they are denied.

7. Hilman denies the allegations set out in Paragraph 7.

## AFFIRMATIVE DEFENSES

1. Third Party Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. Plaintiff and/or Third Party Plaintiff has failed to mitigate damages.

3. Plaintiff and/or Third Party Plaintiff are comparatively negligent and at fault, and subject to allocation of fault and apportionment of damages pursuant to AS 09.17.080, *et seq.*

4. Third Party Defendant reserves the right to add affirmative defenses as the factual basis for such defenses are revealed through discovery or otherwise.

## PRAYER FOR RELIEF

WHEREFORE, having answered Third Party Plaintiff's Complaint, Hilman Inc. requests the following relief.

1. That BRPH Architects-Engineers, Inc.'s Third-Party Complaint against Hilman Inc. be dismissed with prejudice and that BRPH Architects-Engineers, Inc. take nothing thereby;

HILMAN INC.'S ANSWER TO  *AK Aerospace v. BRPH Architects-Engineers, Inc., et al.*
THIRD-PARTY COMPLAINT  Case No. 3:19-cv-002006 JWS
Page 2 of 3

Case 3:19-cv-00206-JWS   Document 22   Filed 12/13/19   Page 2 of 3

2. For an award of costs, interest and attorney's fees against BRPH Architects-Engineers, Inc.; and

3. For other and further relief as the Court finds just and reasonable.

Dated at Anchorage, Alaska, this 13th day of December, 2019.

                                          CLAYTON & DIEMER, LLC.
                                          Lawyers for Hilman Inc.

                                          By: */s/ A. Michael Zahare*
                                                  Alaska Bar No. 8411148

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2019,
a copy of the foregoing document was electronically
delivered via the United States District Court's ECF system:

Stanton Phillip Beck, *pro hac vice pending*
*becks@lanepowell.com*

Brewster H. Jamieson
*jamiesonb@lanepowell.com*

Adam W. Cook
*acook@bhb.com*

Shane C. Coffey
*scoffey@bhb.com*

*/s/ A. Michael Zahare*

HILMAN INC.'S ANSWER TO                  *AK Aerospace v. BRPH Architects-Engineers, Inc., et al.*
THIRD-PARTY COMPLAINT                                Case No. 3:19-cv-002006 JWS
Page 3 of 3

Case 3:19-cv-00206-JWS    Document 22    Filed 12/13/19    Page 3 of 3